IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 6:19-CR-56 |
| | § | |
| PAMELA SUE HANNAN (1) | § | |

## ORDER

Because the above-names Defendant has testified under oath or has otherwise satisfied this court that she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**So ORDERED and SIGNED this 22nd day of October, 2019.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE.