IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:19-CR-56 |
| | § | |
| PAMELA SUE HANNAN (01) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Pamela Sue Hannan**, through her counsel of record, Mr. Kenneth Hawk, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

**Notice of Plea Agreement - Page 1**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via ECF on this the 8th day of June, 2020.

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney